# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

CONTROL BUILDING SERVICES, INC.
                              Plaintiff,

v.
                                            Civil Action No. 06-11663

KMART CORPORATION,
                              Defendant.   Honorable Patrick J. Duggan

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to an Agreement by the Parties that settles the dispute alleged in the lawsuit; and the Court otherwise being duly advised in the premises;

**IT IS HEREBY ORDERED** that this lawsuit is dismissed with prejudice and without costs and attorney's fees assessed to any party.


                                          s/Patrick J. Duggan
                                          Patrick J. Duggan
                                          United States District Judge

Dated: March 31, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 31, 2008, by electronic and/or ordinary mail.

                                          s/Marilyn Orem
                                          Case Manager

**STIPULATED & AGREED TO:**

| | |
|---|---|
| s/Norman E. Greenspan (w/ consent) | s/Patrick M. McCarthy |
| NORMAN E. GREENSPAN | PATRICK M. MCCARTHY |
| Blank Rome LLP | Howard & Howard Attorneys, P.C. |
| One Logan Square | 101 North Main Street, Suite 300 |
| 18th & Cherry Streets | Ann Arbor, MI 48104 |
| Philadelphia, PA 19103-6998 | 734-222-1097 |
| 215-569-5500 | PMcCarthy@Howardandhoward.com |
| greenspan@blankrome.com | Counsel for Defendant Kmart Corporation |
| Counsel for Plaintiff | |
| Control Building Services, Inc. | |
| | |
| Dated: March 31, 2008 | Dated: March 31, 2008 |